| | |
|---|---|
| **DAVID P. COOPER, OSB No. 880367**<br>Email: cooper@khpatent.com<br>**OWEN W. DUKELOW, OSB No. 592318**<br>Email: dukelow@khpatent.com<br>**KOLISCH HARTWELL, P.C.**<br>520 SW Yamhill Street, Suite 200<br>Portland, Oregon 97204<br>Telephone: (503) 224-6655<br>Facsimile: (503) 295-6679<br><br>of Attorneys for Plaintiff | **NANCY J. MERTZEL**<br>Email: NMertzel@yeellp.com<br>**SARAH KICKHAM**<br>Email: SKickham@yeellp.com<br>**DONOVAN & YEE LLP**<br>161 Avenue of the Americas, Suite 1201<br>New York, NY 10013<br><br>**KEVIN M. HAYES**, OSB # 012801<br>Email: kevin.hayes@klarquist.com<br>**JOHN D. VANDENBERG**, OSB # 893755<br>Email: john.vandenberg@klarquist.com<br>**KLARQUIST SPARKMAN, LLP**<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br><br>of Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company |

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | | |
|---|---|---|
| **SINGAPOREMATH.COM, INC.**, an Oregon corporation,<br><br>　　　　　　**Plaintiff**,<br><br>　　　　v.<br><br>**HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY**<br><br>　　　　　　**Defendant**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.  3:11-cv-01522MO<br><br>**JOINT STATUS REPORT** |

Page 1 -      JOINT STATUS REPORT;
　　　　　　　Case No. 3:11-cv-01522-MO; KH File - SGA601

Pursuant to the Court's June 8, 2012 Order, the parties submit the following Status Report. As defendant Houghton Mifflin Harcourt Publishing Company (HMH) noted in its May 29, 2012 filing, HMH declared a Ch. 11 bankruptcy ("the Bankruptcy"). In its June 27, 2012 filing, HMH's counsel informed the Court that HMH's bankruptcy plan was approved on June 22, 2012 by the U.S. Bankruptcy Court for the Southern District of New York.

On September 4, 2012, plaintiff Singapore Math, Inc. (fka SingaporeMath.com, Inc.) filed a new trademark-infringement lawsuit in the U.S District Court for the District of Oregon against the entity that emerged from the Bankruptcy, and that case is captioned Singapore Math, Inc. v. Houghton Mifflin Harcourt Publishing Company, Case No. 3:12-cv-01583-BR. The post-bankruptcy entity has the same name as the entity in the Bankruptcy,

Plaintiff Singapore Math intends to file a motion to dismiss this matter later this week. As will be described in its motion to dismiss in favor of the new Oreogn lawsuit, plaintiff Singapore Math chose to file the new lawsuit because certain provisions of the HMH bankruptcy plan pertaining to a discharge injunction and third-party releases make the present lawsuit ineffective for plaintiff Singapore Math to obtain the relief it desires against the post-bankruptcy HMH entity.

/////

/////

/////

/////

/////

/////

Page 2 -   JOINT STATUS REPORT;
            Case No. 3:11-cv-01522-MO; KH File - SGA601

The parties are presently discussing plaintiff Singapore Math's to-be-filed motion to dismiss, and defendant HMH is considering how it will respond to the motion, and to plaintiff Singapore Math's new lawsuit.

                                          Respectfully submitted,

                                          KOLISCH HARTWELL, P.C.

Dated:  September 10, 2012         /s/ *David P. Cooper*
                                          David P. Cooper
                                          of Attorneys for Plaintiff SingaporeMath.com, Inc.

                                          DONOVAN AND YEE LLP

Dated:  September 10, 2012         /s/ *Nancy J. Mertzel*
                                            Nancy J. Mertzel
                                          of Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2012, that a true and correct copy of the foregoing JOINT STATUS REPORT was served by the method indicated below on the following persons:

| | |
|---|---|
| Nancy J. Mertzel<br>Email: NMertzel@yeellp.com<br>Sarah Kickham<br>Email: SKickham@yeellp.com<br>DONOVAN & YEE LLP<br>161 Avenue of the Americas, Suite 1201<br>New York, NY 10013<br><br>Kevin M. Hayes, OSB # 012801<br>Email: kevin.hayes@klarquist.com<br>John D. Vandenberg, OSB # 893755<br>Email: john.vandenberg@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br><br>*Of Attorneys for Defendant Houghton Mifflin Harcourt Publishing Company* | (  )  First-Class Mail<br>(  )  Hand-Delivery<br>(  )  Overnight Courier<br>(  )  Facsimile<br>(  )  E-mail<br>( X )  CM/ECF |

        / s / *David P. Cooper*
of Attorneys for Plaintiff Singapore Math, Inc.
(fka SingaporeMath.com, Inc.)

Page 1 -      Certificate of Service